1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | ) | CASE NO.: 2:12-SW-277-EFB |
|---|---|---|
| 7982 CRANMORE COURT<br>CITRUS HEIGHTS, CALIFORNIA | )<br>)<br>) | REQUEST TO UNSEAL SEARCH<br>WARRANT DOCUMENTS |

The United States, by undersigned counsel, petitions the Court and respectfully represents:

1. On May 22, 2012, this Court issued an order sealing the Application and Affidavit in Support of Search Warrant in the above-referenced case.

2. The subject of the investigation has been indicted.

3. It is in the interests of the public and the administration of justice to unseal the application and affidavit in this case, and there exists no further law enforcement need for the case to remain under seal.

THEREFORE, your petitioner prays that the documents in the

1

application and affidavit be unsealed and made part of the public record.

DATED: November 20, 2012

                                 Respectfully submitted,

                                 BENJAMIN B. WAGNER
                                 United States Attorney

By: _____
    MATTHEW G. MORRIS
    Assistant U.S. Attorney

THE COURT HEREBY ORDERS that the Application and Affidavit in Support of Search Warrant in Case No. 2:12-SW-00277 EFB be unsealed and made part of the public record.

Dated: Nov. 20, 2012

_____
THE HONORABLE KENDALL J. NEWMAN
United States Magistrate Judge